[No. 20814-1-III. Division Three. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED GUSTON B. ARNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01215-1, Kathleen M. O'Connor, J., entered January 10, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 20859-1-III. Division Three. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY CHARLES BUCHANAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01618-1, James M. Murphy, J., entered January 7, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.

[No. 20989-0-III. Division Three. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY RORIE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-02245-3, F. James Gavin, J., entered March 11, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21001-4-III. Division Three. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL BITHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00756-8, Craig J. Matheson, J., entered March 29, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.